UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMOTHY McCAMEY,

        Plaintiff,

v.

SCSO CORRECTIONS BUREAU, *et al.*,

        Defendants.

Case No. C19-0732-RAJ

ORDER DISMISSING CIVIL RIGHTS ACTION

    The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

    (1)    The Report and Recommendation is approved and adopted;

    (2)    Plaintiff's complaint (Dkt. 7) and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B)(ii), for failure of plaintiff to adequately state a claim for relief under 42 U.S.C. § 1983. The Clerk shall count this dismissal as a strike under 28 U.S.C. § 1915(g); and

    (3)    The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

    DATED this 26th day of November, 2019.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS ACTION - 1